**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_MACON_ DIVISION**

FILED '25 03 05 AM09:28 USDC-MDC

**QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983**

ROSCOE LORENZO COATES

# 1056114

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

**CIVIL ACTION NO:**

**VS.**

WARDEN VICTOR WALKER

WASHINGTON STATE
PRISON

(NAME OF EACH DEFENDANT)

**Defendant(s)**

VICTOR WALKER

## I. GENERAL INFORMATION

1. Your full name **and** prison number ROSCOE LORENZO COATES # 1056114

2. Name and location of prison where you are **now** confined WASHINGTON STATE PRISON

3. Sentence you are now serving (how long?) (5) FIVE YEARS

    (a) What were you convicted of? POSS. OF FIREARM BY CONVICTED FELON & VIOLATION OF PROBATION

    (b) Name and location of court which imposed sentence LOWNDES COUNTY GA. SUPERIOR COURT, COFFEE CO. SUPERIOR COURT

    (c) When was sentence imposed? 2024

    (d) Did you appeal your sentence and/or conviction?    Yes ☐    No ☑

    (e) What was the result of your appeal? N/A

(f) Approximate date your sentence will be completed ___July 13, 2027___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4.   Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?**
Yes [ ]   No [✓]

**5.   If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:**
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a)   **Parties to the previous lawsuit INVOLVING SAME FACTS:**
   Plaintiff(s):___N/A___

   Defendant(s):___N/A___

   (b)   **Name of Court:**___N/A___
   (c)   **Docket Number:**___N/A___   **When did you file this lawsuit?**___N/A___
   (d)   **Name of judge assigned to case:**___N/A___
   (e)   **Is this case still pending?**   Yes [ ]   No [✓]
   (f)   **If your answer to (e) is "No", when was it disposed of and what were the results?**
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   ___N/A___

**6.   Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?**   Yes [ ]   No [✓]

**7.   If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:**
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a)   **Parties to the previous lawsuit:**
   Plaintiff(s):___N/A___
   Defendant(s):___N/A___
   (b)   **Name of Court:**___
   (c)   **Docket Number:**___N/A___   **When did you file this lawsuit?**___N/A___
   (d)   **Name of judge assigned to case:**___N/A___
   (e)   **Is this case still pending?**   Yes [ ]   No [✓]

**(f)    If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

*N/A*

_____

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑**

If your answer is Yes, state the name of the court and docket number as to each case:

*N/A*                          *N/A*

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9.  Where did the matters you complain about in this lawsuit take place?** INSIDE DORM G-2 AT WASHINGTON STATE PRISON

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
    Yes ☑    No ☐

(2) If Yes, what was the result? GRIEVANCE WAS DENIED AND APPEALED

_____

(3) If No, explain why not: _____

*N/A*

3 of 10

(c) **What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

I FILED MEDICAL REQUESTS AND SPOKE WITH DEPUTY WARDEN ALEXANDER IN INTAKE ON MY WAY TO THE EMERGENCY ROOM. DATE N/A

(d) **Did you appeal any denial of your grievance to the highest level possible in the prison system?**    Yes ✓    No ☐

(1) **If Yes, to whom did you appeal and what was the result?** COUNSELOR AWELLS AND THE RESULTS ARE N/A AT THIS TIME

(2) **If No, explain why you did not appeal:** N/A

10. **In what other institutions have been confined? Give dates of entry and exit.**

JACKSON STATE PRISON: ENTRY 3/19/2024
                      EXIT 4/23/2024
WASHINGTON STATE PRISON: ENTRY 4/23/2024
                      EXIT N/A

## IV. PARTIES TO THIS LAWSUIT

11. **List your CURRENT place of incarceration/mailing address.**

WASHINGTON STATE PRISON: P.O BOX 206
132 62 HWY 24. EAST
DAVISBORO GA. 31018

12. **List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGESIF NECESSARY)

WARDEN VICTOR WALKER
WASHINGTON STATE PRISON

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? WASHINGTON STATE PRISON

WHEN do you allege this incident took place? MAY OF 2024

WHAT happened? In May of 2024 I was assaulted + beaten between 6:00 p.m and 7:00 p.m inside of dorm G-2 which resulted in 3 fractured ribs and a severely swollen and battered face. I was not taken to medical nor the Emergency Room. Instead I was taken to the LT's office and later escorted to Isolation/Segregation where I was cruely locked in cell E1-106 without any kind of medical attention for more than 12 hours. My Cell-mate at the time had to kick and kick the cell door to alert and notify GA. D.O.C staff to my serious need of medical attention for my injuries in which the GA. D.O.C staff already knew I needed medical attention but yet they were deliberately indifferent to my serious need of medical treatment. After finally being taken to medical it was determined that I needed to be rushed to the Emergency Room for further treatment for the

5 of 10

injuries that I substained during my assault.
It was determined at the Emergency Room that
my ribs were actually fractured and that was
the reason for all the pain and suffering that
I endured overnight in Isolation/Segregation. Upon
returning to the prison I was only given Tylenol 3
for my injuries. Due to my lack of immediate
medical attention/Treatment my ribs are now
permanently disfigured on my left side which
Causes me severe pain and discomfort every
time I lay on my left side and when I sleep.
I Can't physically workout anymore to stay in
shape nor Can I lift anything heavy and this
is the violation of my Eighth Amendment U.S.
Constitutional Rights and Priviledges in which
I File this Complaint. In regards to Medical
deliberate indifference.

*Reone Curtis*
Signature Of Plaintiff

6 of 10
RC

14.  List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

THE CAMERA FOOTAGE FROM MAY 2024 IN THE LT'S OFFICE BY THE GYM, DEPUTY WARDEN ALEXANDER, THE HOSPITAL, MEDICAL AND ALL THE MATERIAL FACTS THAT WERE FILED IN REGARDS TO MY RIBS AND HEALTH AT WASHINGTON STATE PRISON AND HOSPITAL

15. BRIEFLY state exactly what you want the court to do for you.  That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1) I REQUEST DISCOVERY TO BE GIVEN TO ME TO INSPECT AND FILE IN THIS CASE (2) I REQUEST $2 MILLION DOLLARS IN DAMAGES FOR DELIBERATE INDIFFERENCE TO MY SERIOUS NEED OF MEDICAL TREATMENT WHICH CAUSED PAIN AND SUFFERING AND MENTAL AND EMOTIONAL DAMAGES (3) I REQUEST INJUCTIVE RELIEF TO RECIEVE MEDICAL TREATMENT TO REPAIR AND RESET MY RIBS THAT ARE NOT APPROPRIATELY HEALED.

16.   You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983.  If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17.  KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.  That means that you will be required to go forward with your case without delay.  Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed.  YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __21__ day of __FEBRUARY__, 20 __25__.

_____
**PLAINTIFF**

7 of 10