**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ROSCOE LORENZO COATES,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**LT SWINT, _et al._,** )<br>)<br>)<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO. 5:25-CV-88 (MTT)** |

**ORDER**

United States Magistrate Judge Alfreda L. Sheppard recommends denying the Defendants' motion to dismiss (ECF 16). ECF 26.  No party has objected,[1] so the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1). The Court finds none. Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 26) is **ADOPTED** and made the Order of the Court. Accordingly, the Defendants' motion to dismiss (ECF 16) is **DENIED**.

**SO ORDERED**, this 5th day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] On April 21, 2026, the Defendants, Swint and Kitchens, moved for an extension of time to object to "consult[] with the Attorney General's office to determine whether any objection will be filed." ECF 27 at 1. The Magistrate Judge granted an extension until May 6, 2026. ECF 28. No objection was filed.